IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

BRIAN CORDONA,

                    Defendant.

8:15CR225

ORDER FOR DISMISSAL

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 125) the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 88).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1.  The United States' Motion is granted and the Petition for Offender Under Supervision is dismissed without prejudice.

Dated this 12th day of June, 2018.

                    BY THE COURT:


                     s/ Joseph F. Bataillon
                    JOSEPH F. BATAILLON
                    Senior United States District Judge